# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DERRICK EUGENE CULLINS,

    Petitioner,

v.                      Case No. 4:19cv64-MW/MJF

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 6. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Petitioner's failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED** on June 7, 2019.

                                                       s/ **MARK E. WALKER**
                                                       **Chief United States District Judge**